IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| JEFF SCHIRONE WILLIAMS, | ) | |
|---|---|---|
| | ) | 2:16cv210 |
| Petitioner, | ) | Electronic Filing |
| | ) | |
| v. | ) | Judge David Stewart Cercone |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| MARK GARMON and THE | ) | |
| ATTORNEY GENERAL OF THE | ) | |
| STATE OF PENNSYLVANIA, | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM ORDER

**AND NOW**, this 27th day of April, 2018, after the Petitioner, Jeff Schirone Williams, filed a Petition for Writ of Habeas Corpus in the above-captioned case (ECF No. 4), and after Respondents filed a Motion to Dismiss the Petition for Lack of Jurisdiction (ECF No. 29), and after a Report and Recommendation was filed by United States Magistrate Judge Lisa Pupo Lenihan on April 5, 2018 (ECF No. 42), and after Petitioner filed timely Objections to the Report and Recommendation on April 17, 2018 (ECF No. 44), and upon independent review of the record, consideration of the Magistrate Judge's Report and Recommendation, and the Objections thereto,

**IT IS HEREBY ORDERED** that, for the reasons set forth in the Report and Recommendation (ECF No. 42), which is adopted as the Opinion of the Court, Respondents' Motion to Dismiss (ECF No. 29) is **GRANTED** and the Petition for Writ of Habeas Corpus (ECF No. 4) is dismissed for lack of jurisdiction.

**IT IS FURTHER ORDERED** that Petitioner's Motions for Preliminary Injunction (ECF No. 33) and Requesting Release Under Fed.R.App.P. 23(b)(3) (ECF No. 34) are **DENIED**.

1

IT IS FURTHER ORDERED that a Certificate of Appealability is **DENIED**.

IT IS FURTHER ORDERED that the Clerk is to mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order then a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

_____
David Stewart Cercone
Senior United States District Judge

cc: Jeff Schirone Williams
 GU-3700
 SCI Rockview
 Box A
 Bellefonte, PA 16823
 *(Via First Class Mail)*

 Keaton Carr, Esquire
 *(Via CM/ECF Electronic Mail)*